# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LAVELLE TYSEAN LYNCH,<br><br>    Petitioner,<br><br>v.<br><br>G. SWARTHOUT,<br><br>    Respondent. | No. ED CV 10-1302-VAP (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 25, 2011

                                HONORABLE VIRGINIA A. PHILLIPS
                                UNITED STATES DISTRICT JUDGE